

# NUMBER 13-16-00464-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE PLAINSCAPITAL BANK

On Petition for Writ of Mandamus.

# ORDER

### Before Justices Rodriguez, Benavides, and Longoria
### Per Curiam Order

Relator, Plainscapital Bank, filed a petition for writ of mandamus and emergency motion to stay in the above cause on August 18, 2016.  This original proceeding joins two separate appeals currently pending in this Court in causes 13-16-00210-CV and 13-16-00463-CV.  Through this original proceeding, relator seeks to set aside an order requiring it to "accept an insufficient payment and permanently release a lien."  Through its emergency motion, relator seeks to stay the trial court's August 19, 2016 order, which requires performance within one business day, pending resolution of this original proceeding.

The Court, having examined and fully considered the motion for emergency relief, is of the opinion that the motion should be granted. The motion for emergency relief is GRANTED and the trial court's order of August 19, 2016 is ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Ricardo Diaz Miranda, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
19th day of August, 2016.